# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA R. MURPHY, ADC #760343**                                                         **PLAINTIFF**

v.                          Case No. 1:19-cv-00110-KGB-JTK

**TONI BRADY,** *et al.*                                                                **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney on December 9, 2019 (Dkt. No. 10). No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Kearney's recommendation.

Therefore, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 10). The Court dismisses without prejudice plaintiff Lisa R. Murphy's claims against the following defendants: Senior Warden Toni Brady, Director Payne, Warden Hearington, Major Leuis, Captain Johnny Swift, Sergeant Culclager, Sergeant Rudd, Sergeant Pamala Malotte, Nurse Waylord, Nurse/Medical Administrator Judy Biaza, Nurse Lacy Vaulner, Nurse Culpepper, Nurse Campbell, Nurse Hope Morrin, Dr. Stieve, Medical Director R. Griffen, Regional Ombudsman C. Gardner, Nurse Kizer, and Medical Administrator Banard Williams. Although Judge Kearney did not list Nurse Culpepper in his Proposed Findings and Recommendations, the reasoning set forth in his recommendation applies equally to Nurse Culpepper, and the Court dismisses without prejudice Ms. Murphy's claims against Nurse Culpepper as well. The Court does *not* dismiss Ms. Murphy's claims against defendants Dr. Hughes or APN Hutchinson.

It is so ordered this 10th day of April, 2020.

_____
Kristine G. Baker
United States District Judge