**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LISA RYAN MURPHY,
ADC #760343                                                                        PLAINTIFF

V.                                          1:19CV00110-JTK

TONI BRADY, et al.                                                              DEFENDANTS

## JUDGMENT

    Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered, and Adjudged that this case is DISMISSED with prejudice.

    IT IS SO ADJUDGED this 24th day of March, 2021.


_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE